IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JOHNNY EUGENE COHRAN,              *

      Plaintiff,              *

vs.                               *
                              CASE NO. 4:09-CV-16 (CDL)
BRONYA BOYKIN and BROWN L. KEYS,  *

      Defendants.              *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation and Addendum to Report and Recommendation filed by the United States Magistrate Judge on May 13, 2009 and June 24, 2009, respectively, are hereby approved, adopted, and made the Order of the Court.  The objections of the Plaintiff have been considered and are found to be without merit.

The Magistrate Judge found that Plaintiff had failed to exhaust his administrative remedies, and thus this Court lacks subject matter jurisdiction over his claims against the two remaining Defendants. The Court finds no error in the Magistrate's findings and conclusions.  Accordingly, as recommended by the Magistrate Judge, Plaintiff's remaining claims are dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED, this 11th day of August, 2009.


                             S/Clay D. Land
                                CLAY D. LAND
                       UNITED STATES DISTRICT JUDGE